IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASBIR S. BRAR, TRUSTEE OF THE
JASBIR S. BRAR LIVING TRUST,

    Plaintiff,                           No. 2:13-cv-0422 LKK AC PS

    vs.

PATRICK FAGUNDES,                  <u>ORDER</u>

    Defendant.

_____/

        Defendants proceed in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On March 21, 2013, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed March 21, 2013 are adopted in full;

1

1 and

2     2. This case is remanded to Placer County Superior Court for lack of jurisdiction.

3 DATED: May 22, 2013.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```